UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13 CR 355 CDP-1 |
| ) | |
| GEORGE LEE, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This matter is before the Court on defendant George Lee's motion to suppress physical evidence. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Nannette A. Baker. Judge Baker held an evidentiary hearing and thereafter filed her Report and Recommendation, in which she found that defendant's consent to search was voluntarily given. She therefore recommended that the motion to suppress be denied. Defendant has not objected to the Magistrate Judge's Report and Recommendation.

After fully considering the motion, the transcript of the hearing, and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Baker set forth in support of her recommended ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#172] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress physical evidence [#162] is denied.

*[signature: Catherine D. Perry]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2014.